## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re: Finger Lakes Capital Partners, LLC                             Bankruptcy Case No.: 16–22112–rdd

Jeffrey Keswin

                                Plaintiff(s),

−against−                                                                                              Adversary Proceeding No. 16–08212–rdd

Finger Lakes Capital Partners, LLC
V. Zubin Mehta
Gregory Shalov

                                Defendant(s)

## NOTICE OF PRE−TRIAL CONFERENCE FOR A REMOVED MATTER

On March 10, 2016, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre−trial conference for this adversary proceeding will be held on 6/28/16 at 10:00 AM in Courtroom Courtroom 118, White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601.

Dated: March 10, 2016                                                   /s/ Vito Genna

                                                                      *Clerk of the Court*