**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-22112 (RDD) |
| JEFFREY KESWIN,<br><br>          Plaintiff,<br><br>   - against -<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br>V. ZUBIN MEHTA, and<br>GREGORY SHALOV,<br><br>         Defendants. | Adv. Pro. No. 16-8212 (RDD) |

## PLAINTIFF'S STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(e)(3)

Plaintiff Jeffrey Keswin ("Keswin"), by and through his attorneys, submits the following statement pursuant to Bankruptcy Rule 9027(e)(3):

1.      Keswin commenced this action on June 24, 2015 in New York County Supreme Court to enforce defendants' repayment obligations under a promissory note pursuant to which Finger Lakes Capital Partners, LLP (the "Debtor") borrowed $400,000 from Keswin and the Debtor's principals guaranteed the Debtor's repayment obligations.

2.      On January 29, 2016, the Debtor, but not its principals, commenced the above-captioned chapter 11 case.  On March 1, 2016, the Debtor filed a notice removing the New York County Supreme Court action to the District Court pursuant to 28 U.S.C. § 1452.  On March 9, 2016, the resulting District Court action was referred to this Court.

3.      Defendants state that this proceeding is core under 28 U.S.C. § 157(b)(2)(A), (B), and (O).  Removal Notice [ECF No. 1-3] at ¶12.

4.      Keswin states that this proceeding is non-core and that he does not consent to entry of final orders or judgments by this Court.

5.      Keswin has moved to dismiss the Debtor's chapter 11 case, or alternatively, convert it to one under chapter 7.  Keswin reserves the right to seek remand of any of his claims or causes of action pursuant to Bankruptcy Rule 9027(d), or to seek other relief.  However, Keswin will await the resolution of his pending motion which may moot the need for such relief.

Dated: March 15, 2016
      New York, New York

Respectfully submitted,

/s/ Jeffrey Chubak         
Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiff Jeffrey Keswin*

2