**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-22112 (RDD) |
| JEFFREY KESWIN,<br><br>      Plaintiff,<br><br>  - against -<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br>V. ZUBIN MEHTA, and<br>GREGORY SHALOV,<br><br>      Defendants. | Adv. Pro. No. 16-8212 (RDD) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

PLEASE TAKE NOTICE the pretrial conference in this adversary proceeding previously

scheduled for December 16, 2016 at 10:00 a.m. has been adjourned to January 12, 2017 at 10:00

a.m.

Dated: November 28, 2016
   New York, New York

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiff Jeffrey Keswin*