DELBELLO DONNELLAN WEINGARTEN      *Hearing Date: March 21, 2017*
WISE & WIEDERKEHR, LLP      *Hearing Time: 10:00 a.m.*
*Attorneys for the Debtor/Defendant*
One N. Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S, Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                                           Chapter 11

FINGER LAKES CAPITAL PARTNERS, LLC,     Case No. 16-22112(RDD)

                              Debtor.
---------------------------------------------------------X
JEFFREY KESWIN,

                                                                  Adv. Pro. No. 16-08212

                Plaintiff,                 (Removed Proceeding)

    -against-

FINGER LAKES CAPITAL PARTNERS, LLC,
V. ZUBIN MEHTA AND GREGORY SHALOV,

                Defendants.
---------------------------------------------------------X

**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR
AN ORDER GRANTING DEFENDANTS SUMMARY JUDGMENT
DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO
<u>RULE 7056 AS INCORPORATING F.R.C.P. RULE 56</u>**

      **PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law and Affidavit of V. Zubin Mehta (the "<u>Motion</u>") of the above- captioned Debtor/Defendant Finger Lakes Capital Partners, LLC ("Defendant"), by their attorneys DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, the undersigned will move this Court, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Place, Courtroom 118, White Plains, New York 10601 on the 21st day of March, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard for the entry of an order granting Defendant summary

judgment dismissing Plaintiff's complaint pursuant to Rule 7056 as incorporating F.R.C.P. Rule 56, together with such other and further relief as is just, proper and equitable under the circumstances.

**PLEASE TAKE NOTICE,** that objections to the relief requested in the Motion must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Motion, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (Password and Login Required) and must be served upon DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated:  White Plains, New York
           February 16, 2017

                                            DELBELLO DONNELLAN WEINGARTEN
                                            WISE & WIEDERKEHR, LLP
                                            *Attorneys for Debtor/Defendant*
                                            One North Lexington Avenue
                                            White Plains, New York 10601
                                            (914) 681-0200

                                            By: */s/ Jonathan S. Pasternak*
                                                  Jonathan S. Pasternak

TO:    STORCH AMINI & MUNVES PC
        *Attorneys for Plaintiff, Jeffrey Keswin.*
        Attn:   Jeffrey Chubak, Esq.
                  Bijan Amini, Esq.
                  Avery Samet, Esq.
        140 East 45th Street, 25th Floor
        New York, New York 10017