# Exhibit 4

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: BARRY R. OSTRAGER, JSC                    PART 61

Index Number : 156356/2015
KESWIN, JEFFREY
vs
FINGER LAKES CAPITAL
Sequence Number : 001
SUMMARY JUDGMENT LIEU COMPLAINT

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____, were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____
Answering Affidavits — Exhibits _____ | No(s). _____
Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is and the action as a whole are stayed in accordance with the decision on the record on October 13, 2015 pending the disposition of the action pending in Delaware. A status conference is set for January 12, 2016, and counsel shall report by letter on that date or before as to the status of the Delaware action.

Dated: October 13, 2015

                                    Barry Ostrager
                                    BARRY R. OSTRAGER, J.S.C.
                                    JSC

1. CHECK ONE: ................................. ☐ CASE DISPOSED   ☒ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ...........MOTION IS: ☐ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☒ OTHER
3. CHECK IF APPROPRIATE: ............................. ☐ SETTLE ORDER  ☐ SUBMIT ORDER
                                                       ☐ DO NOT POST   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE